Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Karen Villeneuve

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VILLENEUVE,<br><br>    Plaintiff,<br><br>  v.<br><br>MACY'S, INC.,<br><br>    Defendant. | Case No.: 5:17-cv-01837-NC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MACY'S, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Karen Villeneuve and defendant Macy's, Inc., by and through their undersigned counsel of record, that Macy's, Inc. be dismissed as to all claims in this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

LA 52094320

DATED: July 19, 2017     **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
      Elliot Gale
      Attorney for Plaintiff Karen Villeneuve


DATED: July 19, 2017     **Stroock & Stroock & Lavan, LLP**

By:   */s/ Cristina Anastassia Guido*
      Cristina Anastassia Guido
      Attorney for Defendant Macy's, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Cristina Anastassia Guido has concurred in this filing.

*/s/ Elliot Gale*

STIPULATION FOR DISMISSAL OF DEFENDANT MACY'S, INC.
-2-

LA 52094320